UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DILBERT "IVAN" CALIX                              CIVIL ACTION

VERSUS                                            NO: 06-1645

GLOBAL INTERNATIONAL MARINE,                      SECTION: "J" (4)
INC. AND SITRALMARH

**ORDER AND REASONS**

Before the Court is Defendants' Motion in Limine to Limit Testimony Related to Mr. Calix's Condition Following this Court's April 27, 2007 order.  (Rec. Doc. 97).  The United State Court of Appeals for the Fifth Circuit, in its ruling remanding the case to this Court, noted as follows:  "It will be necessary for the district court to determine what remedy is available to Calix under Honduran law and whether such recovery will be likely adequate for Calix to avoid his body's rejection of the transplanted heart.  The available medical care in Honduras may also be relevant in this context." *Calix-Chacon v. Global Int'l Marine, Inc.*, 493 F.3d 507, 514 (5th Cir. 2007).  Therefore,

Defendants' suggestion that "the issues currently before the Court do not include Calix's current medical situation" is not correct.  Accordingly,

    **IT IS ORDERED** that Defendants' Motion in Limine (Rec. Doc. 97) is **DENIED**.

    New Orleans, Louisiana this the 21st day of November, 2007.

                                      CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE